RICHARD F. ANTOINE, ESQ. / SBN: 105055
**LAW OFFICES OF RICHARD F. ANTOINE**
845 University Avenue
Sacramento, CA 95825
richard@richardantoine.com
Telephone: (916) 441-4105
Facsimile:  (916) 441-4944

Attorney for Plaintiff/Counterdefendant/Counterclaimant
DAVID TAYLOR

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID TAYLOR,** | **CASE NO.: C 06 2333 MMC** |
| **Plaintiff,** | **REQUEST TO APPEAR BY TELEPHONE AT CASE MANAGEMENT CONFERENCE; ORDER** |
| **v.** | |
| **KEVIN BUCKLER as an individual and owner or officer of THE RACER'S GROUP,  DEBRA BUCKLER, an individual  and owner or officer of, THE RACER'S GROUP, ROB TRITES, as an individual and employee of THE RACER'S GROUP  and Does 1 through 50 inclusive,** | Date:   July 7, 2006<br>Time:   10:30 a.m.<br>Before: Honorable Maxine M. Chesney<br>Place:   Courtroom 7m 19th Floor |
| **Defendants.** | |

_____

**THE RACER'S GROUP, INC., a California corporation,**

**Counterclaimant,**

**v.**

**DAVID TAYLOR, an individual,**

**Counterdefendant.**

_____/

1

Request to Appear By Telephone at Initial Case Management Conference; [Proposed] ORDER

**DAVID TAYLOR, an individual**

                          **Counterclaimant,**

   **v.**

**KEVIN BUCKLER as an individual and
owner or officer of THE RACER'S
GROUP INC., a California corporation;
THE RACER'S GROUP INC., a California
corporation**

                          **Counterdefendants.**
_____/

        Richard F. Antoine, counsel for Plaintiff and Counter defendant DAVID TAYLOR pursuant to

Rule 1610(a), hereby requests that he may be permitted to appear by telephone at the initial Case

Management Conference in this matter currently scheduled for July 7, 2006, at 10:30 a.m.  The reason

for this request is that counsel is also set on that day for a mandatory Civil Trial Conference to submit

and review trial briefs and motions *in limine* at the Placer County Courthouse in Auburn, California, at

8:30 a.m., in the matter of <u>Casey v. Roseville Joint Union High School District</u>, Case No. SCV 17497.

He is scheduled to begin a civil trial in that case on July 17, 2006.

DATED: June 30, 2006                          Respectfully submitted,


                                             LAW OFFICE OF RICHARD F. ANTOINE

                                                 /s/ - "Richard F. Antoine"


                                             BY:_____
                                                   Richard F. Antoine
                                                   Attorneys for Plaintiffs

2

LAW OFFICES OF
RICHARD F. ANTOINE
845 UNIVERSITY AVENUE
SACRAMENTO, CA 95825

Request to Appear By Telephone at Initial Case Management Conference; [Proposed] ORDER

1

**ORDER**

2

all parties shall

3          IT IS HEREBY ORDERED that ~~Richard F. Antoine may~~ appear by telephone at the Case

4     Management Conference scheduled for July 7, 2006, at 10:30 a.m.

5

6     DATED: July __5__, 2006                    *Maxine M. Chesney*

7                                                _____
                                                 HONORABLE MAXINE M. CHESNEY

8                                                UNITED STATES DISTRICT COURT JUDGE
                                                 IN AND FOR THE NORTHERN DISTRICT

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES OF
RICHARD F. ANTOINE
845 UNIVERSITY AVENUE
SACRAMENTO, CA 95825

Request to Appear By Telephone at Initial Case Management Conference; [Proposed] ORDER